**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 98-7743**

———————

TROY A. GROSS-BEY,

                                        Petitioner - Appellant,

         versus

F. C. SIZER, JR., Warden; ATTORNEY GENERAL OF
THE STATE OF MARYLAND,

                                        Respondents - Appellees.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Chief District Judge.
(CA-98-883-JFM)

———————

Submitted:  April 15, 1999          Decided:  April 19, 1999

———————

Before NIEMEYER and HAMILTON, Circuit Judges, and PHILLIPS, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

Troy A. Gross-Bey, Appellant Pro Se.  John Joseph Curran, Jr., At-
torney General, Regina Hollins Lewis, Assistant Attorney General,
Baltimore, Maryland, for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Troy Gross-Bey seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Gross-Bey v. Sizer, No. CA-98-883-JFM (D. Md. Oct. 30, 1998). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2